UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE M GUTIERREZ,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>JAMES DZURENDA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-03039-GMN-NJK<br><br>ORDER |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated. Plaintiff has not filed an updated address notification with the Court. The Court notes that, pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. No later than November 30, 2018, Plaintiff must file his updated address with this Court. If Plaintiff does not update the Court with his current address by November 30, 2018, the Court will dismiss this action without prejudice.

In addition, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. Docket No. 1. The Court ORDERS Plaintiff to either file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $400, no later than November 30, 2018. The Court will retain Plaintiff's civil rights complaint, Docket No. 1-1, but will not file it until the matter of the payment of the filing fee is resolved.

1

Accordingly, for the foregoing reasons,

IT IS ORDERED that Plaintiff shall file his updated address with the Court, no later than **November 30, 2018**. If Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners, Docket No. 1 is **DENIED** as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than **November 30, 2018**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400. If Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint, Docket No. 1-1, but shall not file it at this time.

DATED: October 31, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE